# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KEITH L CLASEN,** | ) | **CASE NO. 8:08CV492** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER AND** |
| | ) | **FINAL JUDGMENT** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Joint Motion and Stipulation for Dismissal (Filing No. 31). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The parties will bear their own costs and attorney fees. Accordingly,

IT IS ORDERED:

1. The parties' Joint Motion and Stipulation for Dismissal (Filing No. 31) is granted;

2. All claims asserted by Plaintiff Keith L. Clasen against Defendant United States of America are dismissed with prejudice; and

3. The parties will pay their own costs and attorney fees and complete record waived.

DATED this 23rd day of September, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge